**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)**

| | | |
|---|---|---|
| DELSHAUN R. NIX, | : | Case No. 1:26-cv-113 |
| | : | |
| Plaintiff, | : | |
| | : | Judge Matthew W. McFarland |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| WARDEN, SOUTHERN OHIO | : | |
| CORRECTIONAL FACILITY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

---

### DEFICIENCY ORDER

---

Plaintiff, an inmate at the Southern Ohio Correctional Facility, in Lucasville, Ohio, has filed a pro se motion for leave to proceed *in forma pauperis* (Doc. 1) and Complaint (Doc. 1-1) with this Court. The case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b) and this Court's Amended General Order 22-05. Due to deficiencies with the Complaint, the Court **ORDERS** Plaintiff to correct the following issues within **thirty (30) days** of the date of this Order if he wishes to proceed with this action.

Plaintiff's Complaint does not conform with Rule 8 of the Federal Rules of Civil Procedure, which requires a complaint to contain a "short and plain statement of the claim." Fed. R. Civ. Pro. 8(a). Instead, Plaintiff's Complaint, which names 13 Defendants, is 39 pages long[1] and mostly single spaced. (Doc. 1-1). Although a complaint may be dismissed for failing to comply with Rule 8, *cf. Shabazz v. Xerox*, No. 1:14-cv-578, 2014 WL 4181600, at *1, *3

---

[1]Although the Complaint as submitted by Plaintiff totals 56 pages in length, the first 17 pages appear to have been submitted twice. Therefore, the Complaint is actually 39 pages in length.

(S.D. Ohio Aug. 21, 2014) (and cases cited therein), the undersigned will give Plaintiff an opportunity to file an Amended Complaint that conforms with Rule 8(a).

Accordingly, if Plaintiff wishes to proceed with this action, he is **ORDERED** to file an Amended Complaint, **which must not exceed 20 pages in length**, setting forth in clear, short and concise terms the names of each Defendant, the specific claims for relief attributable to each Defendant, and the factual allegations supporting each such claim within **thirty (30) days**.  As required by S.D. Ohio Local Rule 5.1, the Amended Complaint should be legible and **double-spaced**.  Further, pursuant to Fed. R. Civ. P. 20(a)(2), the factual allegations and claims must arise out of the same transaction or occurrence.  If Plaintiff wishes to seek relief based on unrelated claims, he must do so in separate lawsuits.

The **CLERK OF COURT** is **DIRECTED** to send the standard form complaint for pro se prisoners to Plaintiff.

If Plaintiff fails to comply with this Order, this case may be dismissed for lack of prosecution. *In re Prison Litigation Reform Act*, 105 F.3d 1131 (6th Cir. 1997).  Should Plaintiff need additional time to comply with this Order, he must file a motion for extension of time.

Plaintiff is **ADVISED** that he must keep this Court informed of his current address and promptly file a Notice of New Address if he is released or transferred.

**IT IS SO ORDERED.**


February 17, 2026                                          */s/ Caroline H. Gentry*
                                                               CAROLINE H. GENTRY
                                                               United States Magistrate Judge